IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILBERT HALL,

Defendant.                                            No. 90-CR-30089-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Hall's pro se motion to be appointed new counsel (Doc. 372). Hall moves the Court to appoint new counsel in this matter. Said motion is **DENIED**. There is nothing pending in this case and the matter is closed. The Court notes that on July 2, 2010, the Court entered an order denying Hall's motion to reconsider (Doc. 371). Further, the Court **DIRECTS** the Clerk of the Court to send a copy of this Order and the July 2, 2010 Order to Hall.

**IT IS SO ORDERED.**

Signed this 22nd day of February, 2011.

David R. Herndon
2011.02.22 15:02:01
-06'00'

**Chief Judge**
**United States District Court**